UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
FREGA, MICHAEL § Case No. 15-22854
§
Debtor §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/02/2015 . The undersigned trustee was appointed on 07/02/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 397,667.38 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 24,382.02 |
| Bank service fees | | 117.71 |
| Other payments to creditors | | 327,473.37 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 17,175.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 28,519.28 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  01/04/2016  and the deadline for filing governmental claims was  01/04/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 22,274.62 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 11,000.00 , for a total compensation of $ 11,000.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 68.74 , for total expenses of $ 68.74 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  06/24/2016                         By: /s/Elizabeth C Berg, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 15-22854 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FREGA, MICHAEL | | | Date Filed (f) or Converted (c): | 07/02/15 (f) |
| | | | | 341(a) Meeting Date: | 07/27/15 |
| For Period Ending: | 06/23/16 | | | Claims Bar Date: | 01/04/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2725 Ginger Woods Dr, Aurora, IL 60502 | 424,000.00 | 129,851.00 | | 382,000.00 | FA |
| Sold per order dated 1/29/16 [dkt. 50] | | | | | |
| 2. cash | 25.00 | 0.00 | | 0.00 | FA |
| 3. bank account(s) with Chase | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. miscellaneous household goods and furnishings--Hou | 800.00 | 0.00 | | 0.00 | FA |
| 5. miscellaneous books, pictures, and family photos, | 250.00 | 0.00 | | 0.00 | FA |
| 6. wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. miscellaneous items | 500.00 | 0.00 | | 0.00 | FA |
| 8. Debtor has no insurance policy with a cash value ( | 40,000.00 | 0.00 | | 0.00 | FA |
| 9. liquidated tax refund(s), if any | 0.00 | 0.00 | | 0.00 | FA |
| 10. lease on a 2011 Lexus ES 350 | 0.00 | 0.00 | | 0.00 | FA |
| 11. miscellaneous assets, including any unliquidated t | 450.00 | 0.00 | | 0.00 | FA |
| 12. Prudential Life Insurance Policy Funds *4173 (u) | 0.00 | 10,874.29 | | 10,874.29 | FA |
| Order authorizing Turnover of Life Insurance Policy funds entered on October 9, 2015 [dkt. 34] | | | | | |
| 13. Prudential Life Insurance Policy Funds *7818 (u) | 0.00 | 0.00 | | 4,793.09 | FA |
| Order authorizing Turnover of Life Insurance Policy funds entered on November 13, 2015 [dkt. 44] | | | | | |
| 14. Interests in Education IRA-none | 0.00 | 0.00 | | 0.00 | FA |
| 15. Interests in IRA-none | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $467,325.00 | $140,725.29 | | $397,667.38 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case 15-22854   Doc 56   Filed 07/15/16   Entered 07/15/16 11:12:42   Desc Main
Document       Page 4 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 15-22854 | DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | FREGA, MICHAEL | | Date Filed (f) or Converted (c): | 07/02/15 (f) |
| | | | 341(a) Meeting Date: | 07/27/15 |
| | | | Claims Bar Date: | 01/04/16 |

May 2, 2016: Real estate sale closed; Trustee prepared and filed Estate tax returns; Trustee reviewed claims

January 26, 2016: closing set for February 19, 2016 for real estate; Trustee recovered cash surrender value for life insurance proceeds

September 30, 2015: Trustee listing converted chapter 13 debtor residence for sale to administer equity for bankruptcy creditors. TR supported 3rd party purchaser at foreclosure sale in motion to vacate sheriff's sale and upon entry of order voiding sale, TR moved to enforce automatic stay and prevailed against mortgagee seeking to conduct new sale. If successful in obtaining contract, TR will be able to pay homestead to debtor and recover modest equity for creditors. TR also pursuing recovery of cash surrender value of life insurance policy.

Initial Projected Date of Final Report (TFR): 12/31/16     Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 15-22854 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | FREGA, MICHAEL | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6567 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2143 | | |
| For Period Ending: | 06/23/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/17/15 | | PRUDENTIAL INSURANCE CO. OF AMERICA<br>2101 WELSH ROAD<br>DRESHER, PA 19025 | TURNOVER - LIFE INS. POLICY 4173 | 1229-000 | 10,874.29 | | 10,874.29 |
| 11/17/15 | 12 | Asset Sales Memo: | Prudential Life Insurance Policy Funds *4173 $10,874.29 | | | | 10,874.29 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,864.29 |
| 12/08/15 | | THE PRUDENTIAL INSURANCE CO. OF AMERICA<br>PO BOX 7390<br>PHILADELPHIA, PA 19176 | TURNOVER - LIFE INS. POLICY 7818 | 1229-000 | 4,793.09 | | 15,657.38 |
| 12/08/15 | 13 | Asset Sales Memo: | Prudential Life Insurance Policy Funds *7818 $4,793.09 | | | | 15,657.38 |
| 12/21/15 | 001001 | MICHAEL FREGA<br>2725 GINGER WOODS<br>AURORA, IL 60502 | Debtor's Exemption<br>Exemption in Life Insurance Policy with Prudential | 8100-000 | | 2,175.00 | 13,482.38 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.46 | 13,460.92 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.01 | 13,440.91 |
| 02/16/16 | 001002 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | 2016 Bond Premium | 2300-000 | | 10.74 | 13,430.17 |
| 02/23/16 | | FIRST AMERICAN TITLE INSURANCE CO<br>27775 DIEHL ROAD<br>WARRENVILLE, IL 60555 | Sale Proceeds - Real Estate | 1110-000 | 15,155.35 | | 28,585.52 |
| 02/23/16 | 1 | Asset Sales Memo:<br><br>NATHANIEL COUPER NOLES/EWA COUPER | 2725 Ginger Woods Dr, Aurora, IL 60502 $382,000.00<br>Sold per order 1/29/16 [dkt. 50]<br>Memo Amount: 382,000.00 | <br><br>1110-000 | | | 28,585.52 |

Page Subtotals  30,822.73   2,237.21

UST Form 101-7-TFR (5/1/2011) (Page: 5)                                    Ver: 19.06a
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 15-22854 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | FREGA, MICHAEL | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6567 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2143 | | | |
| For Period Ending: | 06/23/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DITECH FINANCIAL | Gross Sale Proceeds - Real Estate<br>    Memo Amount:  (   211,226.35 )<br>Primary Mortgage | 4110-000 | | | |
| | | FIRST AMERICAN BANK | Memo Amount:  (   96,277.71 )<br>2nd Mortgage - First American | 4110-000 | | | |
| | | KANE COUNTY | Memo Amount:  (   17,563.37 )<br>2015 Taxes | 4700-000 | | | |
| | | KANE COUNTY | Memo Amount:  (   2,405.94 )<br>2016 Taxes (Pro-rata) | 4700-000 | | | |
| | | NATHANIEL COUPER NOLES/EWA COUPER | Memo Amount:  (   300.00 )<br>Repair Credit to Buyer | 2500-000 | | | |
| | | FIRST AMERICAN TITLE | Memo Amount:  (   4,659.00 )<br>Title/Escrow/Transfer Taxes | 2500-000 | | | |
| | | FREGA, MICHAEL | Memo Amount:  (   15,000.00 )<br>Homestead Exemption | 8100-000 | | | |
| | | SKELTON, W. | Memo Amount:  (   1,000.00 )<br>Trustee's Atty's Fees | 3210-000 | | | |
| | | COLDWELL BANKER | Memo Amount:  (   8,335.00 )<br>Broker Commission | 3510-000 | | | |
| | | REMAX | Memo Amount:  (   9,350.00 )<br>Broker's Commission | 3510-000 | | | |
| | | AMER. HOME SHIELD | Memo Amount:  (   435.00 )<br>Home Warranty | 2500-000 | | | |
| | | WAYNE SKELTON | Memo Amount:  (   265.00 )<br>HOA Docs - reimb to trustee's atty | 2500-000 | | | |
| | | CITY OF AURORA | Memo Amount:  (   19.12 )<br>Final Water | 2500-000 | | | |
| | | FOX METRO | Memo Amount:  (   8.16 )<br>Final Bill | 2500-000 | | | |

Page Subtotals        0.00        0.00

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-22854 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | FREGA, MICHAEL | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6567 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2143 | | |
| For Period Ending: | 06/23/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 23.78 | 28,561.74 |
| 04/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 42.46 | 28,519.28 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 382,000.00 | COLUMN TOTALS | 30,822.73 | 2,303.45 | 28,519.28 |
| Memo Allocation Disbursements: | 366,844.65 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 30,822.73 | 2,303.45 | |
| Memo Allocation Net: | 15,155.35 | Less: Payments to Debtors | | 2,175.00 | |
| | | Net | 30,822.73 | 128.45 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 382,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 366,844.65 | Checking Account (Non-Interest Earn - ********6567 | 30,822.73 | 128.45 | 28,519.28 |
| Total Memo Allocation Net: | 15,155.35 | | 30,822.73 | 128.45 | 28,519.28 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        66.24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 23, 2016 |
|---|---|---|---|---|---|---|

Case Number:  15-22854  
Debtor Name:   FREGA, MICHAEL

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $0.00 | $11,000.00 | $11,000.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $0.00 | $12,000.00 | $12,000.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $0.00 | $918.00 | $918.00 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $0.00 | $411.61 | $411.61 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $0.00 | $68.74 | $68.74 |
| BOND 999<br>2300-00 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | Administrative | | $0.00 | $10.74 | $10.74 |
| | Subtotal for Class Administrative | | | $0.00 | $24,409.09 | $24,409.09 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $15,852.00 | $15,852.39 | $15,852.39 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $347.00 | $347.39 | $347.39 |
| 000004<br>070<br>7100-00 | BMO Harris Bank, NA<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $752.77 | $752.77 |
| 000005<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE, NA<br>(CAPITAL ONE)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $19,998.66 | $19,998.66 |
| | Subtotal for Class Unsecured | | | $16,199.00 | $36,951.21 | $36,951.21 |
| 000002<br>050<br>4110-00 | First American Bank<br>Momkus McCluskey, LLC<br>1001 Warrenville Road<br>Suite 500 | Secured | claim filed 10/13/15 in amount of $85,960.95; sale of home closed 2/23/16; balance at payoff was $96,277.71 including interest. | $84,332.00 | $85,960.95 | $96,277.71 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: June 23, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 15-22854 | | Claim Class, Priority Sequence | | | |
| Debtor Name: | FREGA, MICHAEL | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Lisle, IL 60532 | | | | | |
| | Subtotal for Class Secured | | | $84,332.00 | $85,960.95 | $96,277.71 |
| | Case Totals: | | | $100,531.00 | $147,321.25 | $157,638.01 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-22854
Case Name: FREGA, MICHAEL
Trustee Name: Elizabeth C Berg, Trustee

| | Balance on hand | $ | 28,519.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | First American Bank | $ 85,960.95 | $ 96,277.71 | $ 96,277.71 | $ 0.00 |

| | Total to be paid to secured creditors | $ | 0.00 |
| | Remaining Balance | $ | 28,519.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 11,000.00 | $ 0.00 | $ 11,000.00 |
| Trustee Expenses: Elizabeth C Berg, Trustee | $ 68.74 | $ 0.00 | $ 68.74 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 12,000.00 | $ 0.00 | $ 12,000.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 411.61 | $ 0.00 | $ 411.61 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 918.00 | $ 0.00 | $ 918.00 |
| Other: Adams-Levine | $ 10.74 | $ 10.74 | $ 0.00 |

| | Total to be paid for chapter 7 administrative expenses | $ | 24,398.35 |
| | Remaining Balance | $ | 4,120.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,951.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 15,852.39 | $ 0.00 | $ 1,767.91 |
| 000003 | American Express Bank, FSB | $ 347.39 | $ 0.00 | $ 38.74 |
| 000004 | BMO Harris Bank, NA | $ 752.77 | $ 0.00 | $ 83.95 |
| 000005 | Portfolio Recovery Associates, LLC | $ 19,998.66 | $ 0.00 | $ 2,230.33 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,120.93 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE