UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
FREGA, MICHAEL  §  Case No. 15-22854 DRC
 §
Debtor(s)  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 38,325.00 (Without deducting any secured claims) | Assets Exempt: 22,175.00 |
| Total Distributions to Claimants: 331,594.30 | Claims Discharged Without Payment: 32,830.28 |
| Total Expenses of Administration: 48,898.08 | |

3) Total gross receipts of 397,667.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of 17,175.00 (see **Exhibit 2**), yielded net receipts of 380,492.38 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | NA | 317,156.61 | 327,473.37 | 327,473.37 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES(from **Exhibit 4** ) | NA | 48,898.08 | 48,898.08 | 48,898.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | NA | 36,951.21 | 36,951.21 | 4,120.93 |
| **TOTAL DISBURSEMENTS** | 0.00 | 403,005.90 | 413,322.66 | 380,492.38 |

 4) This case was originally filed under chapter 7 on 07/02/2015. The case was pending for 14 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   09/13/2016                         By :   /s/ Elizabeth C Berg
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| 2725 Ginger Woods Dr, Aurora, IL 60502 | 1110-000 | 382,000.00 |
| Prudential Life Insurance Policy Funds *7818 | 1229-000 | 4,793.09 |
| Prudential Life Insurance Policy Funds *4173 | 1229-000 | 10,874.29 |
| **TOTAL GROSS RECEIPTS** | | 397,667.38 |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| MICHAEL FREGA | Debtor's Exemption | 8100-002 | 2,175.00 |
| FIRST AMERICAN TITLE | Sale Proceeds - Real Estate | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | 17,175.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00000 | FIRST AMERICAN BANK | 4110-000 | 84,332.00 | 85,960.95 | 96,277.71 | 96,277.71 |
| | FIRST AMERICAN TITLE | 4110-000 | 0.00 | 211,226.35 | 211,226.35 | 211,226.35 |
| | FIRST AMERICAN TITLE | 4700-000 | 0.00 | 19,969.31 | 19,969.31 | 19,969.31 |
| | **TOTAL SECURED** | | 84,332.00 | 317,156.61 | 327,473.37 | 327,473.37 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG | 3110-000 | 0.00 | 12,000.00 | 12,000.00 | 12,000.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | 0.00 | 918.00 | 918.00 | 918.00 |
| BALDI BERG | 3120-000 | 0.00 | 411.61 | 411.61 | 411.61 |
| Elizabeth C. Berg, Trustee | 2100-000 | 0.00 | 11,000.00 | 11,000.00 | 11,000.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | 0.00 | 68.74 | 68.74 | 68.74 |
| ADAMS-LEVINE | 2300-000 | 0.00 | 10.74 | 10.74 | 10.74 |
| Associated Bank | 2600-000 | 0.00 | 117.71 | 117.71 | 117.71 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST AMERICAN TITLE INSURANCE | 2500-000 | 0.00 | 5,686.28 | 5,686.28 | 5,686.28 |
| FIRST AMERICAN TITLE INSURANCE | 3210-000 | 0.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| FIRST AMERICAN TITLE INSURANCE | 3510-000 | 0.00 | 17,685.00 | 17,685.00 | 17,685.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | 0.00 | 48,898.08 | 48,898.08 | 48,898.08 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | PORTFOLIO RECOVERY | 7100-000 | 0.00 | 19,998.66 | 19,998.66 | 2,230.33 |
| 000004 | BMO HARRIS BANK, NA | 7100-000 | 0.00 | 752.77 | 752.77 | 83.95 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 347.00 | 347.39 | 347.39 | 38.74 |
| 000001 | DISCOVER BANK | 7100-000 | 15,852.00 | 15,852.39 | 15,852.39 | 1,767.91 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 16,199.00 | 36,951.21 | 36,951.21 | 4,120.93 |

Page 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 15-22854  
Case Name: FREGA, MICHAEL  
For Period Ending: 09/13/2016

Judge: Donald R. Cassling

Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 07/02/2015 (f)  
341(a) Meeting Date: 07/27/2015  
Claims Bar Date: 01/04/2016

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 2725 Ginger Woods Dr, Aurora, IL 60502 | 424,000.00 | 114,851.00 | | 382,000.00 | FA |
| 2. | cash | 25.00 | 0.00 | | 0.00 | FA |
| 3. | bank account(s) with Chase | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. | miscellaneous household goods and furnishings--Hou | 800.00 | 0.00 | | 0.00 | FA |
| 5. | miscellaneous books, pictures, and family photos, | 250.00 | 0.00 | | 0.00 | FA |
| 6. | wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. | miscellaneous items | 500.00 | 500.00 | | 0.00 | FA |
| 8. | Debtor has no insurance policy with a cash value ( | 40,000.00 | 0.00 | | 0.00 | FA |
| 9. | liquidated tax refund(s), if any | 0.00 | 0.00 | | 0.00 | FA |
| 10. | lease on a 2011 Lexus ES 350 | 0.00 | 0.00 | | 0.00 | FA |
| 11. | miscellaneous assets, including any unliquidated t | 450.00 | 0.00 | | 0.00 | FA |
| 12. | Prudential Life Insurance Policy Funds *4173 (u) | 0.00 | 8,699.29 | | 10,874.29 | FA |
| 13. | Prudential Life Insurance Policy Funds *7818 (u) | 0.00 | 4,793.09 | | 4,793.09 | FA |
| 14. | Interests in Education IRA-none | 0.00 | 0.00 | | 0.00 | FA |
| 15. | Interests in IRA-none | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | | **Gross Value of Remaining Assets** |
| | **TOTALS (Excluding Unknown Values)** | 467,325.00 | 128,843.38 | | 397,667.38 | 0.00 |

Re Prop. #1   Sold per order dated 1/29/16 [dkt. 50]  
Re Prop. #12   Order authorizing Turnover of Life Insurance Policy funds entered on October 9, 2015 [dkt. 34]  
Re Prop. #13   Order authorizing Turnover of Life Insurance Policy funds entered on November 13, 2015 [dkt. 44]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/5/16: Claims reviewed.  Estate tax returns prepared and filed. TFR submitted 6/27/16.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 15-22854 | Judge: Donald R. Cassling | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: FREGA, MICHAEL | | Date Filed (f) or Converted (c): 07/02/2015 (f) |
| | | 341(a) Meeting Date: 07/27/2015 |
| For Period Ending: 09/13/2016 | | Claims Bar Date: 01/04/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

May 2, 2016: Real estate sale closed
Trustee prepared and filed Estate tax returns
Trustee reviewed claims

January 26, 2016: closing set for February 19, 2016 for real estate
Trustee recovered cash surrender value for life insurance proceeds

September 30, 2015: Trustee listing converted chapter 13 debtor residence for sale to administer equity for bankruptcy creditors. TR supported 3rd party purchaser at foreclosure sale in motion to vacate sheriff's sale and upon entry of order voiding sale, TR moved to enforce automatic stay and prevailed against mortgagee seeking to conduct new sale. If successful in obtaining contract, TR will be able to pay homestead to debtor and recover modest equity for creditors. TR also pursuing recovery of cash surrender value of life insurance policy.

Initial Projected Date of Final Report(TFR) : 12/31/2016     Current Projected Date of Final Report(TFR) : 12/31/2016

| Trustee's Signature | /s/Elizabeth C Berg | Date: 09/13/2016 |
|---|---|---|
| | Elizabeth C Berg | |
| | 20 N. Clark St., Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

| Case No: | 15-22854 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | FREGA, MICHAEL | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | ******6567 Checking Account |
| Taxpayer ID No: | **-***2143 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/13/2016 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/17/2015 | [12] | PRUDENTIAL INSURANCE CO. OF AMERICA<br>2101 WELSH ROAD<br>DRESHER ,PA 19025 | TURNOVER - LIFE INS. POLICY 4173 | 1229-000 | 10,874.29 | | 10,874.29 |
| 12/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,864.29 |
| 12/08/2015 | [13] | THE PRUDENTIAL INSURANCE CO. OF AMERICA<br>PO BOX 7390<br>PHILADELPHIA ,PA 19176 | TURNOVER - LIFE INS. POLICY 7818 | 1229-000 | 4,793.09 | | 15,657.38 |
| 12/21/2015 | 1001 | MICHAEL FREGA<br>2725 GINGER WOODS<br>AURORA ,IL 60502 | Debtor's Exemption<br>Exemption in Life Insurance Policy with Prudential | 8100-002 | | 2,175.00 | 13,482.38 |
| 01/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.46 | 13,460.92 |
| 02/05/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.01 | 13,440.91 |
| 02/16/2016 | 1002 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York ,NY 10017 | 2016 Bond Premium | 2300-000 | | 10.74 | 13,430.17 |
| 02/23/2016 | | FIRST AMERICAN TITLE INSURANCE CO<br>27775 DIEHL ROAD<br>WARRENVILLE ,IL 60555 | Sale Proceeds - Real Estate<br>Sold per order 1/29/16 [dkt. 50] | | 15,155.35 | | 28,585.52 |
| | [1] | | Gross Sale Proceeds - Real Estate            382,000.00 | 1110-000 | | | |
| | | | Page Subtotals | | 30,822.73 | 2,237.21 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 15-22854 | |
| Case Name: | FREGA, MICHAEL | |
| Taxpayer ID No: | **-***2143 | |
| For Period Ending: | 9/13/2016 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C Berg | |
| Bank Name: | Associated Bank | |
| Account Number/CD#: | ******6567 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | Primary Mortgage | (211,226.35) | 4110-000 | | | |
| | | | 2nd Mortgage - First American | (96,277.71) | 4110-000 | | | |
| | | | 2015 Taxes | (17,563.37) | 4700-000 | | | |
| | | | 2016 Taxes (Pro-rata) | (2,405.94) | 4700-000 | | | |
| | | | Repair Credit to Buyer | (300.00) | 2500-000 | | | |
| | | | Title/Escrow/Transfer Taxes | (4,659.00) | 2500-000 | | | |
| | | | Homestead Exemption | (15,000.00) | 8100-002 | | | |
| | | | Trustee's Atty's Fees | (1,000.00) | 3210-000 | | | |
| | | | Broker Commission | (8,335.00) | 3510-000 | | | |
| | | | Broker's Commission | (9,350.00) | 3510-000 | | | |
| | | | Home Warranty | (435.00) | 2500-000 | | | |
| | | | HOA Docs - reimb to trustee's atty | (265.00) | 2500-000 | | | |
| | | | Final Water | (19.12) | 2500-000 | | | |
| | | | Final Bill | (8.16) | 2500-000 | | | |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 23.78 | 28,561.74 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | | 2600-000 | | 42.46 | 28,519.28 |
| | | | | | Page Subtotals | 15,155.35 | 66.24 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No:** | 15-22854 | **Trustee Name:** | Elizabeth C Berg | |
| **Case Name:** | FREGA, MICHAEL | **Bank Name:** | Associated Bank | |
| | | **Account Number/CD#:** | ******6567 Checking Account | |
| **Taxpayer ID No:** | **-***2143 | **Blanket bond (per case limit):** | 5,000,000.00 | |
| **For Period Ending:** | 9/13/2016 | **Separate bond (if applicable):** | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 28,519.28 | 0.00 |
| | | | | Page Subtotals | 0.00 | 28,519.28 | |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 30,822.73 | 30,822.73 |
| Less:Bank Transfer/CD's | 0.00 | 28,519.28 |
| **SUBTOTALS** | 30,822.73 | 2,303.45 |
| Less: Payments to Debtors | | 2,175.00 |
| **Net** | 30,822.73 | 128.45 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-22854 | Trustee Name: | Elizabeth C Berg |
| Case Name: | FREGA, MICHAEL | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5112 Checking Account |
| Taxpayer ID No: | **-***2143 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/13/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new | Received transfer of funds from Associated Bank | 9999-000 | 28,519.28 | | 28,519.28 |
| 08/23/2016 | 5001 | Liz Berg<br>20 N. Clark Street<br>Suite 200<br>Chicago,IL 60602 | | 2100-000 | | 11,000.00 | 17,519.28 |
| 08/23/2016 | 5002 | Liz Berg<br>20 N. Clark Street<br>Suite 200<br>Chicago,IL 60602 | | 2200-000 | | 68.74 | 17,450.54 |
| 08/23/2016 | 5003 | BALDI BERG<br>20 N. Clark Street, Ste. 200<br>Chicago ,IL 60602 | TR Attorney's Fees | 3110-000 | | 12,000.00 | 5,450.54 |
| 08/23/2016 | 5004 | BALDI BERG<br>20 N. Clark Street, Ste. 200<br>Chicago ,IL 60602 | | 3120-000 | | 411.61 | 5,038.93 |
| 08/23/2016 | 5005 | POPOWCER KATTEN, LTD.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago ,IL 60601 | TR Accountant's Fees | 3410-000 | | 918.00 | 4,120.93 |
| 08/23/2016 | 5006 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany ,OH 43054-3025 | Disb of 11.15% to Claim #000001 | 7100-000 | | 1,767.91 | 2,353.02 |
| | | | Page Subtotals | | 28,519.28 | 26,166.26 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-22854 | Trustee Name: Elizabeth C Berg |
| Case Name: FREGA, MICHAEL | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5112 Checking Account |
| Taxpayer ID No: **-***2143 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/13/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/23/2016 | 5007 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern ,PA 19355-0701 | Disb of 11.15% to Claim #000003 | 7100-000 | | 38.74 | 2,314.28 |
| 08/23/2016 | 5008 | BMO HARRIS BANK, NA<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern ,PA 19355-0701 | Disb of 11.15% to Claim #000004 | 7100-000 | | 83.95 | 2,230.33 |
| 08/23/2016 | 5009 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Successor to CAPITAL ONE, NA<br>(CAPITAL ONE)<br>POB 41067<br>Norfolk ,VA 23541 | Disb of 11.15% to Claim #000005 | 7100-000 | | 2,230.33 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 2,353.02 |
| **COLUMN TOTALS** | 28,519.28 | 28,519.28 |
| Less:Bank Transfer/CD's | 28,519.28 | 0.00 |
| **SUBTOTALS** | 0.00 | 28,519.28 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 28,519.28 |

| | |
|---|---|
| All Accounts Gross Receipts: | 397,667.38 |
| All Accounts Gross Disbursements: | 397,667.38 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6567 Checking Account | 30,822.73 | 2,303.45 | |
| ******5112 Checking Account | 0.00 | 28,519.28 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-22854 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | FREGA, MICHAEL | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5112 Checking Account |
| Taxpayer ID No: | **-***2143 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/13/2016 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **NetTotals** | | 30,822.73 | 30,822.73 | 0.00 |